IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TODD WOLANIN**                                                                    **PLAINTIFF**

**VS**                                                       **CIVIL ACTION NO. 5:04-CV-324 DCB JCS**

**UNITED STATES OF AMERICA**                                                **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the joint motion of the parties, by and through counsel, to dismiss the case with prejudice. The Court, being fully advised that the parties have settled this dispute fully and finally to the satisfaction of all parties involved, finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that the above-styled case is hereby dismissed with prejudice as to all parties, with all parties to bear their own costs and expenses.

**SO ORDERED**, this the 3rd day of May, 2006.

                                                                                        S/DAVID BRAMLETTE
                                                                                        UNITED STATES DISTRICT JUDGE

Agreed:

S/M. JAMES CHANEY, JR.
M. JAMES CHANEY, JR.
Attorney for Todd Wolanin


S/LINDA R. ANDERSON
LINDA R. ANDERSON
Assistant U.S. Attorney